**Order entered November 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01182-CV

**DEBBIE WHEELER, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF LARRY WHEELER, KIM ADAMS, AND KRISTIE STEWART, Appellants**

**V.**

**METHODIST RICHARDSON MEDICAL CENTER AND METHODIST HEALTH SYSTEM FOUNDATION, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01327-2016**

## ORDER

Before the Court is appellants' November 14, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **November 21, 2018.**

/s/      ADA BROWN
          JUSTICE